NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN A. BROWN,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3118

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110629-I-1.

---

## ON MOTION

---

## ORDER

The Department of the Army moves without opposition for a 30-day extension of time, until November 14, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

JOHN BROWN V. ARMY                                                              2

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27